**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6322**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

LARRY LAVONNE BERRY,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:08-cr-00247-FL-1)

———————

Submitted:  September 18, 2025                    Decided:  September 23, 2025

———————

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Lavonne Berry, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Lavonne Berry appeals the district court's order denying his motion for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A). Upon review, we conclude that the district court did not abuse its discretion in denying Berry's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review); *see also id.* at 332 (explaining that, to abuse its discretion, "a district court must act arbitrarily or irrationally, fail to consider judicially recognized factors constraining its exercise of discretion, rely on erroneous factual or legal premises, or commit an error of law" (internal quotation marks and brackets omitted)). Accordingly, we affirm the district court's order. *United States v. Berry*, No. 5:08-cr-00247-FL-1 (E.D.N.C. Apr. 8, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*